IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 213

| | |
|---|---|
| EMINE CAY MASTERS, M.D., ) | |
| ) | |
|    Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| ERIC K. SHINESKI, Secretary of U.S. ) | |
| Department of Veteran Affairs, ) | |
| ) | |
|    Defendant ) | |

**THIS MATTER** is before the court on a periodic case review. On March 14, 2011 the undersigned entered and Order (#8) directing that the parties file their designation of mediator as directed in the Pretrial Order and Case Management Plan not later than March 25, 2011. A review of the pleadings at that time revealed that the deadline for filing a notice of the selection of a mediator had expired on January 25, 2011 and no designation had been filed. As of the date of the filing of this Order, the parties have yet to file their designation of mediator despite the Orders of this court directing that they do so. The undersigned will enter an Order directing that a hearing be held so that the parties can show cause why they have not complied with the orders of this court directing that they file their designation of mediator.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that this matter shall be set for hearing for **9:30 a.m. on July 14, 2011** in courtroom #1 for the parties and their counsel to show

cause why they have failed to comply with the Pretrial Order and Case Management Plan (#7) entered in this matter on January 4, 2011 and why the parties have failed to comply with the Order (#8) of the court filed on March 14, 2011. Should the parties file the designation of mediator as they have been directed by **July 11, 2011** then this hearing will be cancelled.

Signed: July 1, 2011

Dennis L. Howell
United States Magistrate Judge