# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:10cv213

EMINE CAY MASTERS, M.D., )
)
    Plaintiff, )
)
v. )        **ORDER**
)
ERIC K. SHINESKI, SECRETARY, )
U.S. DEPARTMENT OF VETERAN )
AFFAIRS, )
)
    Defendant. )
_____ )

       Pending before the Court is the Joint Motion to Stay Scheduling Deadlines and

Hearing [# 11]. Previously, the Court Ordered the parties to appear for a hearing on

July 14, 2011, and show cause why they failed to comply with the Court's Pretrial

Order and Case Management Plan entered in this case. (Order, Jul. 1, 2011.) The

parties now jointly move the Court to stay the hearing and the deadlines in the

scheduling order for thirty days to allow them an opportunity to finalize a settlement

in this case. For good cause shown, the Court **GRANTS** the motion [# 11]. The

Court **STAYS** the deadlines in this case until August 8, 2011. The Court also

**STAYS** the hearing set for July 14, 2011, pending further order of the Court.

Signed: July 7, 2011

Dennis L. Howell
United States Magistrate Judge